# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.  6:17-cr-00274-006-MC-6 |
| v. | **ORDER GRANTING COMPASSIONATE RELEASE** |
| **JORDAN MICHAEL JOHNSON,** | |
| Defendant. | |

This matter is before the Court on motion filed by the United States of America on behalf of the Director of the Federal Bureau of Prisons to reduce defendant Jordan Michael Johnson's sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served with a  five-year term of supervised release to follow.

The Court therefore **GRANTS** the Motion to Reduce Sentence.

**IT IS HEREBY ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

///

///

///

///

///

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

Dated: August __26th__, 2020

                                                  MICHAEL J. MCSHANE
                                                  United States District Judge

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

s/ *Amy E. Potter*
AMY E. POTTER
Assistant United States Attorney